1  PHILLIP A. TALBERT
   Acting United States Attorney
2  MICHAEL G. TIERNEY
   Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff

7

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:16-po-00251-SAB
                                         [Citation No. 6309951]
12              Plaintiff,

13  v.                                   MOTION AND ORDER FOR DISMISSAL

14  TOYOTA LEASE TRUST,

15              Defendant.

16

17

18      The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19  Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss Citation Number

20  6309951 against TOYOTA LEASE TRUST without prejudice in the interest of justice, pursuant to Rule

21  48(a) of the Federal Rules of Criminal Procedure.

22
    DATED: September 14, 2016              Respectfully submitted,
23
                                           PHILLIP A. TALBERT
24                                         Acting United States Attorney

25                                  By:    /s/_Michael G. Tierney_____
                                           MICHAEL G. TIERNEY
26                                         Special Assistant U.S. Attorney

27

28

                                    1

1

2

**O R D E R**

3

    IT IS HEREBY ORDERED that Citation Number 6309951 against TOYOTA LEASE TRUST

4

be dismissed without prejudice, in the interest of justice.

5

IT IS SO ORDERED.

6

7

    Dated:    **September 14, 2016**              /s/ *Barbara A. McAuliffe*          _

                                        UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2